### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.:  15-32238 (RG) |
| Ahmed Farooq Sakhe, Debtor, | Chapter:  7 |
| | Judge:  Rosemary Gambarde |

---

### NOTICE OF PROPOSED ABANDONMENT

_____ Eric R. Perkins _____, __ Chapter 7 Trustee __ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Martin Luther King Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |

If an objection is filed, a hearing will be held before the Honorable __ Rosemary Gambardella, USBJ __ on ____ August 11, 2020 ____ at __ 10:00 __ a.m. at the United States Bankruptcy Court, Courtroom no. __ 3E ___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| | |
|---|---|
| Description and value of property: | 100 Old Palisades Road<br>Unit #3309<br>Fort Lee, New Jersey<br>$400,000 as per Zillow |

| | |
|---|---|
| Liens on property: | Mortgage in the amount of $599,445. |

| | |
|---|---|
| Amount of equity claimed as exempt: | $0 |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | Eric R. Perkins, Chapter 7 Trustee |
| Address: | 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039 |
| Telephone No.: | 973-422-1100 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-32238-RG
Ahmed Farooq Sakhe                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Jul 08, 2020
                             Form ID: pdf905       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db        #+Ahmed Farooq Sakhe,   100 Old Palisade Road,   Apt. # 3309,   Fort Lee, NJ 07024-7026
aty        +Becker LLC,   Eisenhower Plaza II,   354 Eisenhower Parkway, Ste. 1500,
             Livingston, NJ 07039-1023
aty        +McElroy, Deutsch , Mulvaney & Carpenter, LLP,   1300 Mt. Kemble Avenue,
             Morristown, NJ 07960-8000
aty        +Richard James Gerace,   1515 Market Street,   Philadelphia, PA 19102-1921
cr         +American Express National Bank c/o Becket & Lee LL,   PO Box 3001,   Malvern, PA 19355-0701
sp         +Gerace Law Office,   1515 Market Street,   Suite 1200,   Philadelphia, PA 19102-1932
cr         +PMT NPL financing 2015-1,   Powers Kirn, LLC,   728 Marne Highway,   Suite 200,
             Moorestown, NJ 08057-3128
cr          Palisades at Fort Lee Condominium Association,   c/o David G. Frizzell, Esq.,
             Buckalew Frizzell & Crevina LLP,   Suite 205,   Glen Rock, NJ  07452
cr         +PennyMac Loan Services, LLC,   c/o Aldridge Pite, LLP Bankruptcy Dept.,
             3575 Piedmont Road, N.E.,   Suite 500,   Atlanta, GA 30305-1623
516191481  +Aboulafia Law Firm, LLC,   Attn: Matthew S. Aboulafia,   228 East 45th St.,   Ste. 1700,
             New York, NY 10017-3343
518759470   American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
             Malvern PA 19355-0701
515871418  +Bergen County Clerk,   One Bergen County,   Hackensack, NJ 07601-7075
515871420  +Ellen M. Goodman, Esq.,   Buckalew Frizzell & Crevina, LLP,   55 Harristown Road,   Suite 205,
             Glen Rock, NJ 07452-3338
515871421  +Erie County Supreme Court,   25 Delaware Avenue,   Ground 1,   Buffalo, NY 14202-3903
515871423  +HSBC Bank,   P.O. Box 9,   Buffalo, NY 14240-0009
515871422  +Hamilton Equity Group,   424 Main St #1705,   Buffalo, NY 14202-3511
516191448  +Hamilton Equity Group, LLC,   PO Box 280,   Buffalo, NY 14201-0280
515871426  +Murad Sardar, Esq.,   Aboulafia Law Firm, LLC,   228 E. 45th Street,   Suite 1700,
             New York, NY 10017-3343
515908758  +PennyMac Loan Services, LLC,   c/o Aldridge Pite LLP,   Fifteen Piedmont Center,
             3575 Piedmont Road, N.E.,   Suite 500,   Atlanta, GA 30305-1623
515871427  +PennyMac Loan Services, LLC,   P.O. Box 660929,   Dallas, TX 75266-0929
515871430  +The Palisades Private Residence,   100 Old Palisade Road,   Fort Lee, NJ 07024-7064
515871431  +Wells Fargo Bank,   P.O. Box 31557,   Billings, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
515871424   E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 00:48:22     Internal Revenue Service,
             P.O. Box 931000,   Louisville, KY 40293-1000
515871419   E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 09 2020 00:40:23     Chase,
             Bank One Card Serv,   P.O. BOX 15298,   Wilmington, DE 19850
515871425  +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2020 00:48:50     Midland Funding, LLC,
             2365 North Side Drive,   Suite 300,   San Diego, CA 92108-2709
515871428   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:43:10
             Portfolio Recovery,   120 Corporate Blvd.,   Norfolk, VA 23502
516226090   E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2020 00:40:33
             Portfolio Recovery Associates, LLC,   c/o Sony,   POB 41067,   Norfolk VA 23541
515871429   E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2020 00:40:19     SYNCB/PC Richard,
             C/O P.O. 965036,   Orlando, FL 32896-5036
                                                                                    TOTAL: 8

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 08, 2020
                             Form ID: pdf905           Total Noticed: 30

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
          Allen J. Underwood, II   on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
          ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
          Anthony Sodono, III   on behalf of Mediator Anthony  Sodono, III asodono@msbnj.com
          Eric R. Perkins    eperkins@mdmc-law.com,
          nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
          Eric R. Perkins   on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
          eperkins@becker.legal;tcolombini@becker.legal;lrodriguez@becker.legal;mambrose@becker.legal;lrodr
          iguez@becker.legal
          Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
          nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
          Gary D. Bressler   on behalf of Attorney   McElroy, Deutsch , Mulvaney & Carpenter, LLP
          gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          Gary D. Bressler   on behalf of Attorney   McElroy, Deutsch, Mulvaney & Carpenter, LLP
          gbressler@mdmc-law.com,
          kdeans@mdmc-law.com;scarney@mdmc-law.com;dprimack@mdmc-law.com;bkleban@mdmc-law.com
          J. Alex Kress   on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
          mambrose@becker.legal;jalexkress@gmail.com
          Jimmy  Song    on behalf of Creditor   Palisades at Fort Lee Condominium Association
          jimmy@songlegal.com
          John Phillip Schneider    on behalf of Trustee Eric R. Perkins JPSchneider@mdmc-law.com
          John Phillip Schneider    on behalf of Plaintiff Eric R. Perkins JPSchneider@mdmc-law.com
          John R. Stoelker   on behalf of Trustee Eric R. Perkins jstoelker@mccarter.com
          Joseph C. Lane   on behalf of Counter-Claimant Mehran  Kohansieh attyjclane@aol.com
          Joseph C. Lane   on behalf of Defendant Michael  Kohansieh attyjclane@aol.com
          Joseph C. Lane   on behalf of Defendant Michael  Khakshoor attyjclane@aol.com
          Joseph C. Lane   on behalf of Counter-Claimant Michael  Khakshoor attyjclane@aol.com
          Joseph C. Lane   on behalf of Defendant Sion  Noble attyjclane@aol.com
          Joseph C. Lane   on behalf of Defendant Yousef  Khakshoor attyjclane@aol.com
          Joseph C. Lane   on behalf of Defendant Mehran  Kohansieh attyjclane@aol.com
          Joseph C. Lane   on behalf of Defendant   North Park Realty Management LLC attyjclane@aol.com
          Robert D. Towey   on behalf of Plaintiff Eric R. Perkins rtowey@becker.legal
          Thomas A. Farinella   on behalf of Defendant Michael  Khakshoor thomas@lawtaf.com
          Thomas A. Farinella   on behalf of Defendant Sion  Noble thomas@lawtaf.com
          Thomas A. Farinella   on behalf of Defendant Michael  Kohansieh thomas@lawtaf.com
          Thomas A. Farinella   on behalf of Defendant Mehran  Kohansieh thomas@lawtaf.com
          Tomas  Espinosa   on behalf of Debtor Ahmed Farooq Sakhe te@lawespinosa.com,
          attespinosalawfirm@gmail.com
          William M.E. Powers   on behalf of Creditor   PMT NPL financing 2015-1 ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   PennyMac Corp. ecf@powerskirn.com
                                                                                  TOTAL: 28